WESTCHESTER TRUST CO., Respondent v. CONDON et al., Appellants. (Supreme

Court, Appellate Division, Second Department. May 9, 1913.) Action by the Westchester Trust Company, as executor, etc., against Helen W. Condon and others.

PER CURIAM. Motion denied, without costs, without prejudice to an application by the guardian ad litem to amend the notice of appeal. The court will entertain an application for advancement of the argument of the appeal, if deemed proper by the parties.